IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONNA PATTERSON-RUDOLPH,     )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:08cv883-MHT
                             )            (WO)
JACKSON HOSPITAL & CLINIC,   )
INC., et al.,                )
                             )
    Defendants.              )
```

## OPINION

Plaintiff filed this lawsuit charging that defendants wrongfully terminated her employment because of her race. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of August, 2009.


　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**